Christopher Kyle Johnston, CA Bar No. 261474
Law Office of Christopher K. Johnston, LLC
1510 Ave F.D. Roosevelt, Ste. 6A1
Guaynabo, PR 00968
Office: (844) 345-3478
Fax: (844) 644-1230
kyle@masstortslaw.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Christopher M. Green

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court, Western District of Texas, San Antonio Division

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cave Filter

☑ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

March 10, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Manufacturing Defect

☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:   Strict Products Liability – Design Defect

☑ Count IV:    Negligence – Design

☑ Count V:     Negligence – Manufacture

☑ Count VI:    Negligence – Failure to Recall/Retrofit

☑ Count VII:   Negligence – Failure to Warn

☑ Count VIII:  Negligent Misrepresentation

☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:   Violations of Applicable  Texas  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 5th day of May, 2017.

**LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC**

By: /s/ Christopher K. Johnston
    Christopher K. Johnston
    1510 Ave Fd Roosevelt
    Ste 6A1
    Guaynabo, PR 00968
    Office: (844) 345-3784
    kyle@masstortslaw.com

I hereby certify that on this 5th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Christopher K. Johnston